IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CURTIS INVESTMENT
COMPANY, LLC

                **Plaintiff,**

v.                                       1:06-cv-2752-WSD

BAYERISCHE HYPO-UND
VEREINSBANK, AG, et al.,

                **Defendants.**

## OPINION AND ORDER

This matter is before the Court on Plaintiff Curtis Investment Company, LLC's ("Plaintiff") and Chamberlain, Hrdlicka, White, Williams and Martin's ("Chamberlain Hrdlicka") Motion to Withdraw as Counsel of Record for Plaintiff and for Continuance of 30 days to Retain New Counsel [106].

Counsel for Plaintiff filed the Motion to Withdraw on September 9, 2007. Chamberlain Hrdlicka represents in the motion that it has provided Plaintiff with the notice of withdrawal required under Local Rule 83.1 and that Plaintiff has consented to the withdrawal. Accordingly, counsel's Motion to Withdraw is

granted. This case is continued until September 30, 2007 so that Plaintiff may find new counsel.**¹**

Accordingly,

Plaintiff's Motion to Withdraw as Counsel of Record and for Continuance [106] is **GRANTED** in part and **DENIED** in part.

**SO ORDERED** this 11th day of September, 2007.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

---

¹ Because counsel for Plaintiff is permitted to withdraw, Defendant Cynthia Morelli's Motion to Disqualify counsel for Plaintiff is **DENIED** as **MOOT** [78].